SAFETY INSULATED WIRE AND CABLE CORP., PLAINTIFF-PETITIONER, v. WILLIAM CRABB & COMPANY, DEFENDANT-RESPONDENT.

*Mr. William J. Egan* and *Mr. Robert L. Hood* for the petitioner.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Thomas L. Morrissey* and *Mr. Milton A. Dauber* for the respondent.

October 4, 1954. Denied.

ETHEL SCHWARTZBERG COHEN, PLAINTIFF-PETITIONER, v. IDA PRESS, DEFENDANT-RESPONDENT.

See same case below: 31 *N. J. Super.* 45.

*Mr. Leslie H. Cohen* and *Mr. Joseph A. Fuerstman* for the petitioner.

*Mr. George D. McLaughlin* and *Mr. Joseph R. Sugrue* for the respondent.

October 4, 1954. Denied.